JODI LINKER
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Angela_Hansen@fd.org

Counsel for Defendant RICHMOND

```
FILED

Apr 15 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK RICHMOND,<br><br>Defendant. | **Case No.:** 4:24-mj-70411 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |

The above-captioned case is scheduled for a status regarding preliminary hearing or arraignment on April 28, 2025, at 10:30 a.m. The parties stipulate and agree that the Court should continue this matter to June 10, 2025, at 10:30 a.m., for the reasons set forth below.

In June 2024, Mark Richmond made his initial appearance on a complaint charging him with robbery affecting interstate commerce, a violation of 18 U.S.C. § 1951(a). On July 11, 2024, he was ordered detained. On June 13, 2024, the government produced discovery to the defense. On August 10, 2024, and on September 12, 2024, defense counsel requested supplemental discovery. On December 10, 2024, the government produced hundreds of pages of additional discovery.

The parties request a continuance to give defense counsel additional time to review the

1 discovery materials in this case and to review them with her client who is in custody.  Additionally,

2 the government informed the defense that this case involves allegations of additional robberies during

3 the same time frame as the robbery alleged in the complaint.  The defense needs time to investigate

4 these potential additional charges, to conduct legal research and to assess the sentencing guidelines.

5 As a result, the parties stipulate and agree that the Court should continue this matter to June 10, 2025.

6      The parties further stipulate and agree to exclude time under the Speedy Trial Act until June 10,

7 2025, because the ends of justice served by the continuance outweigh the best interest of the public

8 and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  The parties further

9 stipulate and agree that the failure to grant a continuance would unreasonably deny the defendant the

10 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

11 *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

12      In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from

13 April 28, 2025 to June 10, 2025.  For this reason and for the reasons set forth above, the parties

14 request that the Court find good cause for extending the time limit for a preliminary hearing under

15 Rule 5.1 and for extending the 30-day period for an indictment under the Speedy Trial Act as set

16 forth above.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                        IT IS SO STIPULATED.

3

4    Dated:      April 15, 2025

5                                        JODI LINKER
                                         Federal Public Defender
6                                        Northern District of California

7                                                      /S
8                                        ANGELA HANSEN
                                         Assistant Federal Public Defender
9

10   Dated:      April 15, 2025

11                                       PATRICK D. ROBBINS
                                         Acting United States Attorney
12                                       Northern District of California

13                                                     /S
14                                       JONAH ROSS
                                         Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:24-mj-70411 MAG |
| Plaintiff, | **ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |
| v. | |
| MARK RICHMOND, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, the status regarding preliminary hearing or arraignment is continued from April 28, 2025 to June 10, 2025, at 10:30 a.m.  It is further ordered that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through June 10, 2025.  Furthermore, considering the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties' showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1.  The Court finds good cause for extending the time limits for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  Accordingly, it is ordered the waiver of time under Rule 5.1 is effective from April 28, 2025 to June 10, 2025.

IT IS SO ORDERED.

Dated:    April 15, 2025



THE HON. DONNA M. RYU
Chief Magistrate Judge