JODI LINKER
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Angela_Hansen@fd.org

Counsel for Defendant RICHMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK RICHMOND,<br><br>Defendant. | Case No.: 4:24-mj-70411 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |

The above-captioned case is scheduled for a status regarding preliminary hearing or arraignment on August 20, 2025, at 10:30 a.m. The parties stipulate and agree that the Court should continue this matter to September 23, 2025, at 10:30 a.m., for the reasons set forth below.

In June 2024, Mark Richmond made his initial appearance on a complaint charging him with robbery affecting interstate commerce, a violation of 18 U.S.C. § 1951(a). On July 11, 2024, he was ordered detained. On June 13, 2024, the government produced discovery to the defense. On August 10, 2024, and on September 12, 2024, defense counsel requested supplemental discovery. On December 10, 2024, the government produced hundreds of pages of additional discovery.

The parties request a continuance to give defense counsel additional time to review the

1  discovery materials in this case and to review them with her client who is in custody.  Additionally,
2  the government informed the defense that this case involves allegations of additional robberies during
3  the same time frame as the robbery alleged in the complaint.  The defense needs additional time to
4  continue to investigate these potential additional charges, to conduct legal research and to assess the
5  sentencing guidelines.  As a result, the parties stipulate and agree that the Court should continue this
6  matter to September 23, 2025.  The parties anticipate reaching a preliminary agreement by that date.
7       The parties further stipulate and agree to exclude time under the Speedy Trial Act until
8  September 23, 2025, because the ends of justice served by the continuance outweigh the best interest
9  of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  The parties
10 further stipulate and agree that the failure to grant a continuance would unreasonably deny the
11 defendant the reasonable time necessary for effective preparation, taking into account the exercise of
12 due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
13      In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from
14 August 20, 2025 to September 23, 2025.  For this reason and for the reasons set forth above, the
15 parties request that the Court find good cause for extending the time limit for a preliminary hearing
16 under Rule 5.1 and for extending the 30-day period for an indictment under the Speedy Trial Act as
17 set forth above.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:     August 18, 2025

JODI LINKER
Federal Public Defender
Northern District of California

              /S
ANGELA HANSEN
Assistant Federal Public Defender

Dated:     August 18, 2025

CRAIG MISSAKIAN
United States Attorney
Northern District of California

              /S
JONAH ROSS
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS RE: PRELIMINARY HEARING OR ARRAIGNMENT
*RICHMOND*, 4:24-mj-70411 MAG

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK RICHMOND,<br><br>    Defendant. | Case No.: 4:24-mj-70411 MAG<br><br>**ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |

For the reasons set forth in the stipulation of the parties, the status regarding preliminary hearing or arraignment is continued from August 20, 2025 to September 23, at 10:30 a.m. It is further ordered that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through September 23, 2025. Furthermore, considering the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties' showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1. The Court finds good cause for extending the time limits for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. Accordingly, it is ordered that the waiver of time under Rule 5.1 is effective from August 20, 2025 to September 23, 2025.

IT IS SO ORDERED.

Dated:   August 18, 2025



_____
THE HON. DONNA M. RYU
Chief United States Magistrate Judge